IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY TOBER, <br> STACI TOBER, and <br> ANNA MARIE TOBER, <br><br>     Plaintiffs, <br>  v. <br><br> GRACO CHILDRENS' PRODUCTS, INC., <br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 1:02-CV-1682-LJM-WTL |

## DEFENDANT GRACO CHILDRENS' PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT AND RULE 702 CHALLENGE TO ADMISSIBILITY OF EXPERT

Defendant Graco Childrens' Products, Inc. ("Graco"), by counsel, pursuant to Trial Rule 56 of the Federal Rules of Civil Procedure, moves the Court to enter summary judgment in its favor and against plaintiffs for the reason that the pleadings and papers on file in this action, together with the memorandum in support of this motion and attached appendix, demonstrate that there is no genuine issue of material fact and Graco is entitled to judgment as a matter of law. Also, pursuant to Evidence Rule 702, Graco challenges the admissibility of the opinions of plaintiffs' purported "expert," Waymon Johnston, Ph.D.

1

WHEREFORE, Graco Childrens' Products moves the Court for entry of summary judgment and for all other just and proper relief.

Respectfully submitted,

By: /s/ *Kevin C. Schiferl*
    Kevin C. Schiferl, #14138-49
    Andrew J. Mallon, #23055-49
    LOCKE REYNOLDS LLP
    1000 Capital Center South
    201 North Illinois Street
    Indianapolis, IN  46204
    (317) 237-3800
    (317) 237-3900 (facsimile)

    Joseph J. Krasovec, III
    Francis P. Morrissey
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, IL 60606
    (312) 258-5500
    (312) 258-5700 (facsimile)

Attorneys for Defendant Graco Childrens' Products, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this May 17, 2004, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James R. Fisher
Debra H. Miller
ICE MILLER
One American Square
Box 82001
Indianapolis, IN  46282-0002

    /s/  *Kevin C. Schiferl*
    Kevin C. Schiferl

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
amallon@locke.com

Joseph J. Krasovec, III
Francis P. Morrissey
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, IL 60606-6473

660039_1